**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UBISOFT, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>DENNIS KRUK | CV 20-00478 DDP (ASx) |
| | **ORDER RETURNING CASE<br>FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

February 12, 2020
Date

_(signature)_
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge     Dolly M. Gee     for all further proceedings. On all documents subsequently filed in this case, please substitute the initials     DMG     after the case number in place of the initials of the prior judge so that the case number will read   2:20-cv-00478 DMG(ASx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/19)    ORDER RETURNING CASE FOR REASSIGNMENT