# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBISOFT, INC., a corporation existing under the laws of California,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS KRUK, a/k/a DENNIS_KRUK, _D.K_3, DENNIS10KRUKD, DENNIS10KRUK, BYDK_3, FOREVERDK_3, and DERDK, an individual; MAXIMILIAN KUEHL, a/k/a GIVEMEYOURELLO, MAXIMILIANKUEHL0, VERSIX, DANIELDUSENANDR, SIXSIEGEGAMING, and VERSIX, an individual; KELVIN (KEVIN) UTTIH, a/k/a KUTTIHS, KUTTIH, and KEUTTIH, an individual; BENJAMIN RUESINK a/k/a TEST123TEST123, BENJAMINSTRIKE, BENJAMINSTRIKES, XBLAZZEROPSERVICES, and LIGHTNING_MAN420, an individual; SNG.ONE LTD, an entity of unknown | Case No.: CV 20-478-DMG (ASx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

form; ROLAND-DANIEL SOOS; and
DOES 2 through 10, inclusive,

        Defendants.

Having granted Plaintiff Ubisoft, Inc.'s Motion for Default Judgment by Order dated July 9, 2021, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff Ubisoft, Inc. and against Defendants Dennis Kruk, Benjamin Ruesink, and Roland-Daniel Soos.

2. Defendants Dennis Kruk, Benjamin Ruesink, and Roland-Daniel Soos must pay to Ubisoft, Inc. the amount of $153,092.04, consisting of:
    a. $5,280 in investigative costs,
    b. $143,460 in attorney' fees, and
    c. $4,352.04 in other costs.

3. Defendants Benjamin Ruesink, Dennis Kruk, and Roland-Daniel Soos, and their or each's officers, employees, agents, representatives, distributors, dealers, members, affiliates, and all persons acting in concert or participation with (collectively, "Defendants") are permanently enjoined from:
    a. disrupting or preventing authorized users/players of *Tom Clancy's Rainbow Six: Siege* ("R6S") from actively engaging with and accessing Ubisoft's dedicated servers ("R6S Servers"), including via a targeted denial-of-service ("DoS attack") or distributed denial-of-service ("DDoS attack") (collectively, the "DDoS Services");
    b. impairing the integrity, availability, or condition of the R6S Servers and networks;

  c. interfering with Ubisoft's contracts with players in the United States; and,

  d. inducing or assisting others to violate (a)-(d) above.

4. Defendants must shut down the DDoS Services, the DDoS Websites (sng.one, r6.support, r6s.support, stressed-stresser-stressingstressers. com, and r6ddos.com), and any colorable version or copies thereof, and any social networks utilized and operated by Defendants in connection with or associated with the DDoS Services or the DDoS Websites hosted at any domain, address, location, or ISP.

5. Defendants, to the extent they have control over the domain name(s) used in their infringing activities, shall transfer such domain name(s) to Ubisoft's ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Ubisoft's choosing, unless Ubisoft requests that such domain name be held and/or released rather than transferred.

IT IS SO ORDERED.

DATED: July 9, 2021

              _____
              DOLLY M. GEE
              UNITED STATES DISTRICT JUDGE